Saxman *v.* United States Fire Insurance
Company, Appellant.

Argued October 10, 1934.   Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

14

*Robert D. Dalzell,* of *Dalzell, Dalzell, McFall & Pringle,* for appellant.

*Harry E. McWhinney,* with him *Nicholas Unkovic,* for appellee.

PER CURIAM, November 26, 1934:

The judgment in this case is affirmed on the opinion of the learned trial judge of the court below.